# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# (CIVIL)

| | |
|---|---|
| ALLEN G. MARTIN,<br>118 Monroe Street, #105<br>Rockville, MD 20850<br><br>            Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civ. Act. No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Eli Lilly and Company ("Lilly") hereby removes this case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, Lilly avers as follows:

## BACKGROUND

1.   On July 5, 2006, Plaintiff Allen G. Martin commenced this action in the Superior Court of the District of Columbia. A copy of the Summons and Complaint is attached hereto as Exhibit A ("Ex. A").

2.   Lilly received a copy of the Complaint on July 11, 2006. Accordingly, this Notice is being filed within 30 days after Lilly's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

3. Other than the Summons and the Complaint, Lilly has received no other process, pleadings, motions or orders.

**AMOUNT IN CONTROVERSY**

4. Plaintiff alleges, *inter alia*, that "he suffered serious and permanent injuries, including, but not limited to, diabetes mellitus" following his ingestion of Zyprexa. *See* Ex.A, Compl. ¶ 4.

5. Plaintiff avers that Lilly's conduct was the cause of plaintiff's claimed injuries. *See* Ex. A, Compl. ¶¶ 5, 7-14, 16-19, 21-25.

6. The Complaint demands judgment against Lilly in the amount of Two Million Dollars ($2,000,000.00) for compensatory damages and another Two Million Dollars ($2,000,000.00) for punitive damages, together with costs incident to this action. *See* Ex. A, Compl. (demand for damages).

7. Based on these facts, Lilly reasonably believes and therefore avers that the amount in controversy in this action exceeds $75,000 exclusive of interest and costs.

**DIVERSITY OF CITIZENSHIP**

8. Plaintiff is, and was at the time this action was filed, a citizen of the State of Maryland. *See* Ex. A, Compl. (case heading).

9. Lilly is, and at the time this action commenced was, a citizen of the State of Indiana. It is a corporation incorporated under the laws of Indiana, and it has its principal place of business at the Lilly Corporate Center, Indianapolis, IN 46285.

**PROPRIETY OF REMOVAL**

10. For the foregoing reasons, this Court has jurisdiction over this matter based on diversity of citizenship pursuant to 28 U.S.C. § 1332 and this action may be removed pursuant to 28 U.S.C. § 1441(b).

11. The United States District Court for the District of Columbia is the federal judicial district encompassing the Superior Court for the District of Columbia, where this suit was originally filed. Venue is therefore proper in this District under 28 U.S.C. § 1441(a).

12. Accordingly, the present lawsuit may be removed from the Superior Court for the District of Columbia, and brought before the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1332 and 1441(a).

13. Pursuant to the provisions of 28 U.S.C. § 1446(d), Lilly will promptly file a copy of this Notice of Removal with the clerk of the Superior Court for the District of Columbia, and will serve a copy of the same upon plaintiff.

WHEREFORE, notice is hereby given that this action is removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Dated: July 28, 2006

OF COUNSEL:
Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4000
Fax: 215-981-4750
E-mail: gussackn@pepperlaw.com

Respectfully submitted,

*/s/ Charles H. Carpenter*
Charles H. Carpenter (*DC Bar No.* 432004)
George A. Lehner (*DC Bar No.* 281949)

PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: carpentc@pepperlaw.com

| | |
|---|---|
| Janet C. Goldberg<br>PEPPER HAMILTON LLP<br>600 Fourteenth Street, N.W.<br>Washington, DC  20005-2004<br>Telephone:  202-220-1200<br>Fax:  202-220-1665<br>E-mail:  goldbergj@pepperlaw.com | lehnerg@pepperlaw.com<br><br>*Attorneys for Defendant*<br>*Eli Lilly and Company* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail this 28th day of July, 2006 upon:

> Aaron M. Levine, Esq.
> 1320 19th Street, N.W., Suite 500
> Washington, D.C.  20036

  */s/ Charles H. Carpenter*
  Charles H. Carpenter