**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)**

| | |
|---|---|
| ALLEN G. MARTIN,<br>118 Monroe Street, #105<br>Rockville, MD 20850<br><br>      Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Civ. Act. No. _____<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ELI LILLY AND COMPANY**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia and Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Eli Lilly and Company, undersigned, hereby certifies that to the best of its knowledge and belief, Eli Lilly and Company does not have a parent company and that none of its subsidiary or affiliate corporations has any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 28, 2006                                                    Respectfully submitted,

                                                                             */s/ Charles H. Carpenter*

OF COUNSEL:                                      Charles H. Carpenter (*DC Bar No.* 432004)
Nina M. Gussack                                 George A. Lehner (*DC Bar No.* 281949)
PEPPER HAMILTON LLP
3000 Two Logan Square                        PEPPER HAMILTON LLP
18th & Arch Streets                                Hamilton Square
Philadelphia, PA 19103-2799                600 Fourteenth Street, N.W.
Telephone: 215-981-4000                      Washington, D.C. 20005-2004

| | |
|---|---|
| Fax:  215-981-4750<br>E-mail:  gussackn@pepperlaw.com<br><br>Janet C. Goldberg<br>PEPPER HAMILTON LLP<br>600 Fourteenth Street, N.W.<br>Washington, DC  20005-2004<br>Telephone:  202-220-1200<br>Fax:  202-220-1665<br>E-mail:  goldbergj@pepperlaw.com | Telephone:  202-220-1200<br>Facsimile:  202-220-1665<br>E-mail:  carpentc@pepperlaw.com<br>            lehnerg@pepperlaw.com<br><br>*Attorneys for Defendant*<br>*Eli Lilly and Company* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail this 28th day of July, 2006 upon:

Aaron M. Levine, Esq.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036


 */s/ Charles H. Carpenter*
Charles H. Carpenter

- 2 -