## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLEN G. MARTIN,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **Civil Action No.: 06-cv-1338 (HHK)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff ALLEN G. MARTIN in the above-referenced matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

        /s/ Brandon J. Levine
        BRANDON J. LEVINE, #412130
        1320 19th Street, N.W., Suite 500
        Washington, DC  20036
        202-833-8040
        Fax: 202-833-8046