IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)

| | | |
|---|---|---|
| ALLEN G. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 1:06-cv-01338-HHK |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR STAY OF ALL PROCEEDINGS AND
CONTINUANCE OF ALL ACTIONS REQUIRED BY THE
<u>ORDER FOR INITIAL SCHEDULING CONFERENCE</u>**

Comes now, Defendant Eli Lilly and Company, by and through the undersigned counsel, and with the consent of Plaintiff Allen G. Martin, moves for a stay of all proceedings and continuance of all actions required by counsel under the Order for Initial Scheduling Conference. In support of said motion, Defendant states as follows:

1. Defendant has recently filed a Notice of Potential Tag-Along for the above-captioned case with the Judicial Panel on Multidistrict Litigation ("MDL") for *In re: Zyprexa Product Liability Litigation*, MDL Docket No. 1596, in the Eastern District of New York. *See* Notice of Potential Tag-Along, attached as Exhibit A ("Ex. A").

2. The Notice of Potential Tag-Along filed by Defendant with the Judicial Panel seeks transfer of this case to the MDL for discovery.

3. The Judicial Panel coordinates discovery among numerous suits filed against Eli Lilly related to Zyprexa.

4. In light of Defendant's filing of the Notice of Potential Tag-Along with the Judicial Panel, Defendant seeks the stay, postponement or cancellation of all actions required by counsel pending the outcome of the MDL proceedings, including: (i) the requirement that counsel submit a joint statement addressing all topics listed in LcvR 16.3(c); and (ii) the Initial Conference scheduled for August 30, 2006 before Judge Henry H. Kennedy.

5. Plaintiff's counsel has reviewed and consents to this motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant a stay of all proceedings and a continuance of all actions required by counsel under the Order for Initial Scheduling Conference, pending the outcome of the MDL proceedings.

Dated: August 14, 2006

Respectfully submitted,

*/s/ Charles H. Carpenter*

OF COUNSEL:
Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: 215-981-4000
Facsimile: 215-981-4750
E-mail: gussackn@pepperlaw.com

Janet C. Goldberg
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: lehnerg@pepperlaw.com

Charles H. Carpenter (*DC Bar No.* 432004)
George A. Lehner (*DC Bar No.* 281949)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: goldbergj@pepperlaw.com
         bethunew@pepperlaw.com
Attorneys for Defendant
Eli Lilly and Company

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2006, a true and correct copy of the foregoing Answer of Defendant Eli Lilly and Company was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Charles H. Carpenter*
                                               Charles H. Carpenter