**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CIVIL)**

| | |
|---|---|
| ALLEN G. MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. )<br>) | Civ. Act. No. 1:06-cv-01338-HHK |

## ORDER GRANTING STAY AND CONTINUANCE

Upon consideration of the Consent Motion For Stay and Continuance, it this _____ day of _____, 2006,

ORDERED, that the Consent Motion is GRANTED, and that there shall be a stay of all proceedings and a continuance of all actions required by counsel under the Order for Initial Scheduling Conference, pending the outcome of proceedings before the Judicial Panel on Multidistrict Litigation (MDL) for *In re: Zyprexa Product Liability Litigation*, MDL Docket No. 1596, in the Eastern District of New York.

_____
Hon. Henry H. Kennedy
United States District Judge

Copies to:

Charles H. Carpenter, Esq. (*carpentc@pepperlaw.com*)
Aaron M. Levine, Esq. (*aaronlevinelaw@aol.com*)