Exhibit A

# Pepper Hamilton LLP
*Attorneys at Law*

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltom@pepperlaw.com

August 10, 2006

<u>Via FedEx</u>

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

      Re:    <u>In re: Zyprexa Products Liability Litigation</u>
             MDL Docket No. 1596

Dear Mr. Lüthi:

      On behalf of Movant Eli Lilly and Company, I enclose for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

      Respectfully,

      Matthew J. Hamilton

Enclosures

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re Zyprexa Products Liability Litigation | )<br>)<br>)<br>) MDL No. 1596<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS (MARTIN ET AL.)

Movant Eli Lilly and Company ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule and states as follows:

1. By Motion to Transfer dated December 22, 2003, filed by the Panel on December 31, 2003, Lilly sought consolidation and coordination of eight actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated April 14, 2004, the Panel ordered that the actions subject to Lilly's Motion for Transfer be transferred to the District Court for the Eastern District of New York and assigned to the Honorable Jack B. Weinstein for coordinated and consolidated pretrial proceedings.

3.  There are now additional actions pending in federal courts that involve common questions of fact and law:

- Martin v. Eli Lilly and Company (D.D.C.) in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Woodward v. Eli Lilly and Company (S.D.Ind.) in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Sailer v. Eli Lilly and Company (E.D.Tex.) in which plaintiff alleges that she ingested Zyprexa® and suffered injuries, including diabetes, as a result.

4.  Copies of the Complaints are attached hereto for the Panel's Convenience.

5.  The potential tag-along actions, like those actions identified in the Schedule of Actions attached to Lilly's Motion to Transfer, involve allegations that Zyprexa® caused injuries, including diabetes.

6.  Transfer of the potential tag-along actions to the Eastern District of New York for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in Lilly's Motion to Transfer and Brief in Support thereof.

Respectfully submitted,

Nina M. Gussack
Andrew R. Rogoff
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
Attorneys for Defendant Eli Lilly and Company

Dated: August 10, 2006

## SCHEDULE

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Allen G. Martin v. Eli Lilly and Company | District of Columbia District Court | 1:06-cv-01338-HHK | Hon. Henry H. Kennedy |
| Garry Woodward v. Eli Lilly and Company | Southern District of Indiana (Indianapolis) | 1:06-cv-01153-SEB-VSS | Hon. Sarah Evans Barker |
| Linda Sailer v. Eli Lilly and Company; and Fictitious Defendants John Doe and Jane Doe, being those persons, sales representatives, firms or corporations whose fraud, scheme to defraud, negligence, and/or other wrongful conduct contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained | Eastern District of Texas (Sherman) | 4:06-cv-00322-MHS-DDB | Hon. Michael H. Schneider |

-4-

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on August 10, 2006, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Actions upon the following by United States Mail, first class postage prepaid:

Aaron M. Levine, Esq.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

David J. Cutshaw, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Andrew G. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Ted G. Meadows, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Matthew J. Hamilton