UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEN G. MARTIN,<br><br>  Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>  Defendant. | Civil Action 06-01338<br>(HHK) |

**ORDER GRANTING STAY AND CONTINUANCE**

Upon consideration of the consent motion for stay and continuance, it this 14th day of August, 2006, hereby

**ORDERED,** that the consent motion is granted, and that there shall be a stay of all proceedings and a continuance of all actions required by counsel under the order for initial scheduling conference, pending the outcome of proceedings before the Judicial Panel on Multidistrict Litigation (MDL) for *In re: Zyprexa Product Liability Litigation*, MDL Docket No.1596, in the Eastern District of New York.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge
