

**August Marziliano/NYED/02/USCOURTS**
02/27/2007 12:59 PM

To  Rufino Santos/CAND/09/USCOURTS@USCOURTS, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Pam Robinson/ILCD/07/USCOURTS@USCOURTS, Mona

cc

bcc

Subject  Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

PLEASE FORWARD THIS E-MAIL TO THE APPROPRIATE DEPUTY CLERK. ALSO, IF YOU WOULD LIKE ME TO SEND FUTURE E-MAILS TO SOMEONE ELSE, PLEASE NOTIFY ME ACCORDINGLY.

PLEASE DISREGARD THIS E-MAIL IF YOU HAVE ALREADY BEEN NOTIFIED AS TO THIS TRANSFER ORDER.

In accordance with the following **Conditional Transfer Order 65** filed on 09-05-2006, the Eastern District of New York has opened the following case(s).

I have attached a copy of the Schedule which note your docket number(s), Case caption(s) and corresponding EDNY number(s).

I have also attached A Certified Copy of **Conditional Transfer Order 65**. You may now close your case(s). We will capture a copy of the docket sheet and any necessary documents from your ECF system. You do not have to send us any documentation.

Thank You
August Marziliano
Administrative Assistant, Budget Analyst
Rufino Santos/CAND/09/USCOURTS@USCOURTS, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Pam Robinson/ILCD/07/USCOURTS@USCOURTS, Mona Zingrich/ILSD/07/USCOURTS@USCOURTS, Deborah_Weiss@ilsd.uscourts.gov, Mary Kaye Conery/MND/08/USCOURTS@USCOURTS, Lou Jean Gleason/MND/08/USCOURTS@USCOURTS, Nathan Dean/MSSD/05/USCOURTS@USCOURTS, Mickie Shanklin/NJD/03/USCOURTS@USCOURTS, Terry T. Deinlein/OHSD/06/USCOURTS@USCOURTS, PAED_clerksoffice/PAED/03/USCOURTS@USCOURTS, David Provines/TXED/05/USCOURTS@USCOURTS, Robbie Westmoreland/TXSD/05/USCOURTS@USCOURTS, Kathleen Murphy/TXSD/05/USCOURTS@USCOURTS, txwd_ecf_help@txwd.uscourts.gov



CTO-65.pdf  CTO-65 EDNY DOCKET NUMBERS.pdf